IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION


NEW BERN RIVERFRONT                  ]
DEVELOPMENT, LLC,                    ]
     Plaintiff,                   ]
                                     ]
v.                                   ]          CASE NO. 3:14-mc-00025-GCM
                                     ]
JELD-WEN, INC.,                      ]
     Defendant.                   ]
                                     ]
_____      ]


**This Case Pertains To:**


**IN RE:**                           ]          **UNITED STATES BANKRUPTCY COURT**
**NEW BERN RIVERTFRONT**             ]          **EASTERN DISTRICT OF NORTH CAROLINA**
**DEVELOPMENT, LLC**                 ]          **RALEIGH, DIVISION**
     **Debtor.**              ]
                                     ]
_____      ]
                                     ]
**NEW BERN RIVERFRONT**              ]          **Case No. 09-10340-8-SWH**
**DEVELOPMENT, LLC,**                ]
     **Plaintiff**            ]          **Adversary Proceeding No.:**
**v.**                               ]          **10-00023-8-SWH**
**WEAVER COOKE**                     ]
**CONSTRUCTION, LLC, et al.**        ]
     **Defendants.**          ]

## ORDER ALLOWING WITHDRAWAL
## OF MOTION TO COMPEL

     THIS MATTER comes before this Court upon Plaintiff's Motion to Withdraw its Motion

to Compel Testimony Pursuant to Fed.R.Civl.P. 30(b)(6), Production of Documents and for

Sanctions filed on March 19, 2014 under Case No. 3:14-cv-00120 against Defendant Jeld-Wen,

Inc.

Upon good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw its Motion to Compel Testimony Pursuant to Fed.R.Civl.P. 30(b)(6), Production of Documents and for Sanctions is hereby granted and the Motion is withdrawn

SO ORDERED.

Signed: June 3, 2014

Graham C. Mullen
United States District Judge